UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID ESQUIVEL,

    Plaintiff,

  v.

1285 ROYALE GOURMET DELI AND GROCERY CORP.
  d/b/a ROYALE GOURMET DELI,
YAHYA ALZINDANI, and
JOHN DOES 1-5,

    Defendants.

---

Case No.: 1:25-cv-01534

NOTICE OF MOTION FOR DEFAULT JUDGMENT

  **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff DAVID ESQUIVEL hereby move for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants 1285 ROYALE GOURMET DELI AND GROCERY CORP. and YAHYA ALZINDANI, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is not moving for default judgment on behalf of any putative class members and collective plaintiffs.

  Pursuant to Local Rule 55.2(b), attached to the Affidavit of C.K. Lee are copies of the Complaint, Affidavits of Service, Clerk's Certificate of Default, Plaintiff's Damage Calculations, and proposed Default Judgment.

Dated: May 30, 2025
   New York, New York

            Respectfully submitted,

         By: */s/ C.K. Lee*
            C.K. Lee, Esq. (CL 4086)

            **LEE LITIGATION GROUP, PLLC**
            148 West 24th Street, 8th Floor
            New York, NY 10011
            Tel: (212) 661-1008
            Email: cklee@leelitigation.com
            *Attorney for Plaintiff*