**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DAVID ESQUIVEL,

        Plaintiff,

v.

1285 ROYALE GOURMET DELI AND GROCERY CORP.
   d/b/a ROYALE GOURMET DELI,
YAHYA ALZINDANI, and
JOHN DOES 1-5,

        Defendants.

Case No.: 1:25-cv-01534

**[PROPOSED]**
**DEFAULT JUDGMENT**

---

This action having been commenced on February 24, 2025, by the filing of the Summons and Complaint. Defendants 1285 ROYALE GOURMET DELI AND GROCERY CORP. and YAHYA ALZINDANI, having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff DAVID ESQUIVEL, has judgment against 1285 ROYALE GOURMET DELI AND GROCERY CORP. and YAHYA ALZINDANI, jointly and severally, for a total of **$105,201.75** in damages as follows:

| | |
|---|---:|
| Unpaid Wages for Final 2 Weeks of Employment | $1,664.00 |
| Unpaid Overtime Premiums due to Straight Rate Compensation | $23,823.86 |
| Liquidated Damages for Unpaid Wages | $25,487.86 |
| Statutory Penalties due to WTPA Violations | $10,000.00 |
| Damages due to FICA Tax Retention | $19,226.03 |
| Civil Penalties for Frivolous Tax Returns | $25,000.00 |
| **TOTAL DAMAGES** | **$105,201.75** |

Dated: _____
      New York, New York

_____
Ronnie Abrams
United States District Judge

This document was entered on the docket on

_____