UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID ESQUIVEL *on behalf of himself, FLSA Collective Plaintiffs, and the class*,

        Plaintiff,

v.

1285 ROYALE GOURMET DELI AND GROCERY CORP. d/b/a ROYALE GOURMET DELI, YAHYA ALZINDANI, and JOHN DOES 1-5,

        Defendants.

No. 25-cv-1534 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at the order to show cause hearing held today, Plaintiff's motion for default judgment against 1285 Royale Gourmet Deli and Grocery Corporation and Yahya Alzindani is granted as to Plaintiff's claims for unpaid wages and overtime premiums in violation of the Fair Labor Standards Act and New York Labor Law and denied as to all other claims. By separate order, the Court will refer this matter to Magistrate Judge Moses for an inquest into damages and attorneys' fees. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 17. Plaintiff is directed to serve a copy of this order on Defendants and file proof of service on the docket no later than July 17, 2025.

SO ORDERED.

Dated:    July 10, 2025
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge